**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| HENRY LEE HUNTER, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-23-1096-HE |
| | ) | |
| WILLIAM RANKINS, Warden, | ) | |
| Oklahoma State Reformatory, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

Petitioner Henry Lee Hunter, Jr., a state prisoner, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2254. The court referred the matter to the assigned magistrate judge for preliminary review in accordance with 28 U.S.C. § 636. On June 23, 2026, the magistrate judge, having reviewed the parties' submissions, issued a Report and Recommendation [Doc. #27], recommending the petition for habeas relief be denied.

Petitioner, through counsel, has objected to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the matter. The court concurs with the analysis of the magistrate judge. The court need not repeat that analysis here. The court concludes petitioner's objections are without merit. The court adopts the Report and Recommendation in its entirety.

As the court is entering a final order adverse to petitioner, the court "must issue or deny a certificate of appealability." Rule 11(a), Rules Governing Section 2254 Cases in the United States District Courts. A certificate of appealability may not issue unless a petitioner "has made a substantial showing of the denial of a constitutional right." 28

U.S.C. § 2253(c)(2). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." Miller-El v. Cockrell, 537 U.S. 322, 327 (2003). Upon review, the court concludes the requisite standard is not satisfied in this case, and a certificate of appealability is therefore denied.

Accordingly, United States Magistrate Judge Amanda L. Maxfield's Report and Recommendation [Doc. #27] is **ADOPTED**. The petition for a writ of habeas corpus under 28 U.S.C. § 2254 [Doc. #1] is **DENIED**. A certificate of appealability is **DENIED**.

**IT IS SO ORDERED**.

Dated this 21st day of September, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE